CR 07 143

PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☒ INFORMATION ☐ INDICTMENT ☐ COMPLAINT

CASE NO. ____________

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added

☐ Indictment ☐ Charges/Counts Added

☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: KEVIN J. O'CONNOR

☐ U.S. Atty ☐ Other U.S. Agency

Phone No. (203) 821-3700

Name of Asst. U.S. Attorney (if assigned): ANASTASIA E. KING

USA vs.

Defendant: MICHAEL P. TATRO

Address

REDACTED

☐ In

Birth Date

ble)

Social

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

UNITED STATES SECRET SERVICE

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND County

Issue: ☐ Warrant ☒ Summons

Location Status:

Arrest Date ________ or Date Transferred to Federal Custody ________

☐ Currently in Federal Custody

☐ Currently in State Custody

☐ Writ Required

☐ Currently on bond

☐ Fugitive

Defense Counsel (if any): ____________

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 2

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | Count 1-18 U.S.C. Section 344 - Bank Fraud | Count 2- 26 U.S.C. Section 7206 (1) Making and | ☒ Felony ☐ Misdemeanor |
| | | Subscribing a False Tax Return | ☐ Felony ☐ Misdemeanor |
| | Penalties: 30 years imprisonment; a | Penalties: 3 years imprisonment; a $250,000. fine; 1 year | ☐ Felony ☐ Misdemeanor |
| | $1,000,000. fine; 5 years supervised release; | supervised release; and a $100. special assessment | ☐ Felony ☐ Misdemeanor |
| | and a $100. special assessment. | Estimated trial days: 3 | ☐ Felony ☐ Misdemeanor |