**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | Cr. No. 07-143-S |
| | : | |
| | : | |
| MICHAEL P. TATRO | : | |

**WAIVER OF RIGHTS UNDER THE**
**INTERSTATE AGREEMENT ON DETAINERS**

I understand that I am currently serving a state prison sentence in Rhode Island at the Adult Correctional Institution ("ACI"). I am also separately charged with a federal offense by the United States government in the United States District Court for the District of Rhode Island. As a prisoner serving a state term of imprisonment in state custody, I may have certain rights under the Interstate Agreement on Detainers ("IAD") including the right to avoid being transported or repeatedly shuttled between state prison and federal court for proceedings on the federal charges.

After consultation with my attorney, I hereby waive any rights I have under the IAD for the duration of this case because I want to promptly dispose of the federal charges pending against me. Specifically, I agree to being brought to United States District Court in Providence, Rhode Island, for all proceedings on these federal charges and I consent to being returned, at the end of each day, to my original place of imprisonment at the ACI in Rhode Island.

M P Tatro
MICHAEL P. TATRO
Defendant

11/28/2007
Date

Ed Roy
EDWARD C. ROY
Counsel for the Defendant

11/28/2007
Date