O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
MICHAEL P. TATRO

WAIVER OF INDICTMENT

CR 07 143 S

CASE NUMBER:

I, MICHAEL P. TATRO, the above named defendant, who is accused of bank fraud and making and subscribing a false tax return

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11-28-07 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

M P Tatro
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer USMJ