AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

RECEIVED
U.S. MARSHALS SERVICE
NOV 19 2007
District of Rhode Island

UNITED STATES OF AMERICA

v.

MICHAEL P. TATRO

WARRANT FOR ARREST

CASE NUMBER: CR07-143S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MICHAEL P. TATRO
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☒ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
BANK FRAUD AND MAKING AND SUBSCRIBING A FALSE TAX RETURN

in violation of Title 18 United States Code, Section(s) 1344 AND 26:7206(1)

JEANNINE NOEL
Name of Issuing Officer

J Noel
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

November 19, 2007 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI on writ | | |
| DATE RECEIVED 11/19/2007 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 11/28/2007 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.