# *UNITED STATES DISTRICT COURT*
## *for the*
## *District of Rhode Island*

Return unexecuted, court appearance cancelled.

Deputy U.S. Marshal

***Case No. CR07-143S***

***To:*** ***Warden, ACI***
***Cranston, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **Michael P. Tatro**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **William E. Smith**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:00 o'clock a.m.**, on the **15th** day of **August, 2008**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that

WITNESS the Honorable **William E. Smith**

United States District Judge at Providence, RI
Dated: March 11, 2008.

David A. DiMarzio, Clerk

Sentencing

***By*** [signature]
***Wendy Geile - Deputy Clerk***

11