**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 07-00143-01S** |
| | ) | |
| **MICHAEL TATRO** | ) | |

---

# MOTION TO CONTINUE SENTENCING

Now comes the accused, Michael Tatro, by and through his counsel, and moves this Honorable Court to continue the sentencing in this matter, currently scheduled for September 19, 2008 for an additional thirty (30) days.

The reason for the request of a continuance, is that defense counsel is in the process of conducting additional investigations involving mitigating issues that would assist the defendant at sentencing.

Respectfully submitted
Michael Tatro
By his attorney,

/s/ Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
edward_roy@fd.org

## CERTIFICATION

I hereby certify that I electronically filed and served a copy of the within on Anastasia E. King, AUSA and Kristin Mattias, USPO on the 4th day of September 2008.

/s/ Edward C. Roy